UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL J. LEVITAN,

    Plaintiff,

v.        Case No. 3:12cv117/MCR/CJK

DAVID MORGAN, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 1, 2014, (Doc. 124). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The defendants' motion to dismiss (doc. 105) is **GRANTED**.

    3.    The plaintiff's claims against defendants Alford, Champagne, and Dickey are **DISMISSED WITH PREJUDICE**

    **DONE AND ORDERED** this 1st day of December, 2014.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**