# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DANIEL J. LEVITAN,**

    **Plaintiff,**

v.                                                                    Case No.  3:12cv117/MCR/CJK

**DAVID MORGAN, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 25, 2016, ECF No. 271.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely filed objections.

Having considered the Report and Recommendation and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Morgan's motion for summary judgment, ECF No. 230 is **GRANTED**.

3. Plaintiff's claims against defendant Aiken are **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to enter judgment in favor of Defendant Morgan and against Plaintiff and close the file.

**DONE AND ORDERED** this 31st day of March, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**